## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JODI ABBOTT,** | ) | |
| | ) | 8:07CV274 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **AMERICAN RED CROSS, and** | ) | |
| **RHAE E. WERNER,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation to amend the caption (Filing No. 17). The parties agree that the named defendant, American Red Cross should be properly reflected in this action by changing the caption to its proper name, American National Red Cross. Under the liberal amendment policy of Federal Rule of Civil Procedure 15 and upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Stipulation to amend the caption (Filing No. 17) is granted.

2. The clerk of court is directed to change the caption to reflect the defendants as "American Red Cross and Rhae E. Werner" as "American National Red Cross and Rhae E. Werner."

Dated this 16th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge