IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JODI ABBOTT,                          )
                                      )
                     Plaintiff,       )              8:07CV274
                                      )
           v.                         )
                                      )
AMERICAN NATIONAL RED CROSS,          )          ORDER OF DISMISSAL
and RHAE E. WERNER,                   )
                                      )
                     Defendants.      )
_____   )

        The matter before the court is the parties' Joint Motion for Dismissal with

Prejudice.  Filing No. 46.  The court finds that this matter should be dismissed with

prejudice.

        IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant

to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby

dismissed in its entirety, with prejudice, and with the parties to be responsible for their

own costs and attorney fees.

        DATED this 6th day of June, 2008.


                            BY THE COURT:



                            s/ Joseph F. Bataillon
                            Chief United States District Judge